MICHAEL E. PRANGLE, ESQ.
Nevada Bar No. 8619
MICHAEL T. KOPTIK, ESQ.
Nevada Bar No. 8534
HALL PRANGLE & SCHOONVELD, LLC
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV 89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
Email: efile@hpslaw.com
*Attorneys for Defendant*
*Sunrise Hospital and Medical Center, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALYSSA NUNGARAY, a minor, by and through her parents, FERNANDA JIMINEZ and ADAN NUNGARAY,<br><br>Plaintiff,<br><br>vs.<br><br>POKROY MEDICAL GROUP OF NEVADA, LTD., d/b/a PEDIATRIX MEDICAL GROUP and d/b/a PEDIATRIX EMERGENCY MEDICINE OF NEVADA, a foreign limited liability company; YARON IVAN, M.D. an individual; VIPUL SINGLA, M.D., an individual; UNITED STATES OF AMERICA; and SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a Nevada limited liability company; DOES I through X, and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-00014<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE FOR DEFENDANT'S SUNRISE HOSPITAL AND MEDICAL CENTER, LLC'S RESPONSIVE PLEADING** |

Plaintiff, by and through her attorney of record, Adam Breeden, Esq. of BREEDEN & ASSOCIATES, PLLC and Defendant, SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, by and through their attorney of record, Michael E. Prangle, Esq. of HALL PRANGLE & SCHOONVELD LLC, hereby stipulate as follows:

(1) The parties agree that the due date for Defendant SUNRISE HOSPITAL AND MEDICAL CENTER, LLC's responsive pleading to the Complaint (ECF No. 1) is hereby extended to April 9, 2025.

///

(2) The parties previously conferred via email about Defendant's counsel needing additional time to investigate the allegations of the Plaintiff's Complaint in order to assess and assert defenses at the pleading stage.

IT IS SO STIPULATED.

Dated this 14th day of March, 2025.

/s/ Adam Breeden
ADAM J. BREEDEN, ESQ.
Nevada Bar No. 8768
BREEDEN & ASSOCIATES, PLLC
7432 W. Sahara Ave., Suite 101
Las Vegas, NV 89117
*Attorneys for Plaintiff*

Dated this 14th day of March, 2025.

/s/ Michael Prangle
MICHAEL E. PRANGLE, ESQ.
Nevada Bar No. 8619
MICHAEL T. KOPTIK, ESQ.
Nevada Bar No. 8534
HALL PRANGLE & SCHOONVELD, LLC
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV 89144
*Attorneys for Defendant*
*Sunrise Hospital and Medical Center, LLC*

**ORDER**

Pursuant to the terms of the attached stipulation, the Court orders as follows:

(1) The due date for Defendant SUNRISE HOSPITAL AND MEDICAL CENTER, LLC's responsive pleading to the Complaint (ECF No. 1) is extended to April 9, 2025.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
3-19-25