**ADAM J. BREEDEN, ESQ.**
Nevada Bar No. 008768
**BREEDEN & ASSOCIATES, PLLC**
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Phone: (702) 819-7770
Fax: (702) 819-7771
Adam@Breedenandassociates.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALYSSIA NUNGARAY, a minor, by and through her parents, FERNANDA JIMINEZ and ADAN NUNGARAY,<br><br>Plaintiff,<br><br>v.<br><br>POKROY MEDICAL GROUP OF NEVADA, LTD., d/b/a PEDIATRIX MEDICAL GROUP and d/b/a PEDIATRIX EMERGENCY MEDICINE OF NEVADA, a foreign limited liability company; YARON IVAN, M.D. an individual; VIPUL SINGLA, M.D., an individual; UNITED STATES OF AMERICA; and SUNRISE HOSPITAL AND MEDICAL CENTER, LLC a Nevada limited liability company; DOES I though X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-00014-JAD-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE DEADLINE FOR PARTIES TO FILE THE DISCOVERY PLAN/SCHEDULING ORDER** |

**IT IS HEREBY STIPULATED** between Plaintiff, ALYSSIA NUNGARAY, a minor, by and through her parents, FERNANDA JIMINEZ and ADAN NUNGARAY (hereinafter collectively referred to as "Plaintiff"), by and through their counsel Adam J. Breeden, Esq. of BREEDEN & ASSOCIATES, PLLC, and Defendants, POKROY MEDICAL GROUP OF NEVADA, LTD., d/b/a PEDIATRIX MEDICAL GROUP and d/b/a PEDIATRIX EMERGENCY MEDICINE OF NEVADA, YARON IVAN, M.D., and VIPUL SINGLA, M.D, by and through their counsel of record Brittany Lewis, Esq. of HUTCHISON & STEFFEN, PLLC. (hereinafter collectively referred to as "Defendants"), that:

1  **IT IS HEREBY STIPULATED** that the parties shall have until Friday, March 28, 2025 to file the Discovery Plan/Scheduling Order as counsel for Plaintiff had limited availability in the last 30 days to conduct the conference. They desire to comply with the deadlines, but need a short amount of additional time.

**IT IS SO STIPULATED AND AGREED.**

| Dated this 21st day of March, 2025. | Dated this 21st day of March 2025. |
|---|---|
| **BREEDEN & ASSOCIATES, PLLC** | **HUTCHISON & STEFFEN, PLLC** |
| /s/ Adam J. Breeden | /s/ Brittany A. Lewis |
| **ADAM J. BREEDEN, ESQ.**<br>Nevada Bar No. 008768<br>7432 W. Sahara Ave., Suite 101<br>Las Vegas, Nevada 89117<br>Phone: (702) 819-7770<br>Fax: (702) 819-7771<br>Adam@Breedenandassociates.com<br>*Attorneys for Plaintiffs* | **COURTNEY CHRISTOPHER, ESQ.**<br>Nevada Bar No. 12717<br>**BRITTANY A. LEWIS, ESQ.**<br>Nevada Bar No. 14565<br>10080 West Alta Drive, Suite 200<br>Las Vegas, Nevada 89145<br>Phone: (702) 385-2500<br>blewis@hutchlegal.com<br>*Attorneys for Defendants POKROY MEDICAL GROUP OF NEVADA, LTD., d/b/a PEDIATRIX MEDICAL GROUP and d/b/a PEDIATRIX EMERGENCY MEDICINE OF NEVADA, YARON IVAN, M.D., and VIPUL SINGLA, M.D* |

**IT IS SO ORDERED**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 3-31-25