MICHAEL E. PRANGLE, ESQ.
Nevada Bar No. 8619
MICHAEL T. KOPTIK, ESQ.
Nevada Bar No. 8534
HALL PRANGLE & SCHOONVELD, LLC
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV 89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
Email: efile@hpslaw.com
*Attorneys for Defendant*
*Sunrise Hospital and Medical Center, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALYSSA NUNGARAY, a minor, by and through her parents, FERNANDA JIMINEZ and ADAN NUNGARAY,<br><br>Plaintiff,<br><br>vs.<br><br>POKROY MEDICAL GROUP OF NEVADA, LTD., d/b/a PEDIATRIX MEDICAL GROUP and d/b/a PEDIATRIX EMERGENCY MEDICINE OF NEVADA, a foreign limited liability company; YARON IVAN, M.D. an individual; VIPUL SINGLA, M.D., an individual; UNITED STATES OF AMERICA; and SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a Nevada limited liability company; DOES I through X, and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-00014<br><br>**DEFENDANT SUNRISE HOSPITAL AND MEDICAL CENTER, LLC'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1** |

    Pursuant to Local Rule 7.1-1, Defendant SUNRISE HOSPITAL AND MEDICAL CENTER, LLC ("Sunrise" or "Defendant") hereby submits its Certificate of Interested Parties.

    The undersigned counsel of record certifies that the following are persons and entities as described in LR 7.1-1 and must be disclosed. Defendant is a Delaware limited liability company. The sole member of Sunrise is AC Med, LLC ("AC Med"), a Delaware limited liability company.

///

///

///

1  The sole member of AC Med is Healthtrust, Inc. –the Hospital Company ("HIHC"), a Delaware
2  corporation. HIHC's sole shareholder is HCA Inc. ("HCA"), a Delaware corporation. HCA's sole
3  shareholder is HCA Healthcare, Inc. ("HCA Healthcare"), a Delaware corporation. HCA
4  Healthcare is a publicly traded company that indirectly—through its ownership of HCA, HCA's
5  ownership of HIHC, and HIHC's ownership of AC Med—holds a greater than 10% interest in
6  Sunrise Hospital.

DATED this 9th day of April, 2025.

HALL PRANGLE & SCHOONVELD, LLC

By: */s/ Michael Prangle*
MICHAEL E. PRANGLE, ESQ.
Nevada Bar No. 8619
MICHAEL T. KOPTIK, ESQ.
Nevada Bar No. 8534
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV  89144
*Attorneys for Defendant*
*Sunrise Hospital and Medical Center, LLC*

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of HALL PRANGLE & SCHOONVELD, LLC; that on the 9th day of April, 2025, I served a true and correct copy of the foregoing **DEFENDANT SUNRISE HOSPITAL AND MEDICAL CENTER, LLC'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1** as follows:

<u>  X  </u>   Electronic E-Service United States District Court CM/ECF System;
<u>       </u>   Electronic E-Mail to the following parties at their last known E-Mail address;
<u>       </u>   U.S. Mail, first class postage pre-paid to the following parties at their last known address;
<u>       </u>   Receipt of Copy at their last known address:

| | |
|---|---|
| Adam Breeden, Esq.<br>BREEDEN & ASSOCIATES, PLLC<br>7432 W. Sahara Ave., Suite 101<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiffs* | David Mortensen, Esq.<br>Courtney Christopher, Esq.<br>Brittany Lewis, Esq.<br>HUTCHISON & STEFFEN, PLLC<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89145<br>*Attorneys for Defendants*<br>*Pokroy Medical Group of Nevada, LTD., d/b/a Pediatrix Medical Group and d/b/a Pediatrix Emergency Medicine of Nevada' Yaron Ivan, M.D. and Vipul Singla, M.D.* |

*/s/ Reina Claus*
An employee of HALL PRANGLE & SCHOONVELD, LLC